James D. LEWIS, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 01–3200.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 1, 2001.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

BARD MANUFACTURING COMPANY,
Plaintiff–Appellee,

and

AIRXCHANGE, INC., Plaintiff,

v.

CRISPAIRE CORPORATION,
Defendant–Appellant.

Nos. 00–1013, 00–1083, 00–1084, 00–1200.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 3, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

LOCKHEED MARTIN TACTICAL
DEFENSE SYSTEMS, INC.,
Appellant,

v.

Richard J. DANZIG, Secretary
of the Navy, Appellee.

No. 00–1384.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 3, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).